

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re: Milton Griggs

No. 06-15-00092-CR

Original Mandamus Proceeding

Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the petition for writ of mandamus should be dismissed for want of prosecution. Therefore, we dismiss the petition.

RENDERED JUNE 3, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk